UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GINAMARIE DIPAOLO KOEHLER,

                    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2022

20 **CIVIL** 7707 (JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2022, Plaintiff's motion is denied, and the Commissioner's cross-motion is granted; accordingly, the case is closed.

**Dated:** New York, New York

       March 25, 2022

                                                      RUBY J. KRAJICK
                                                      Clerk of Court

                              BY:

                                                        **Deputy Clerk**